ELIZABETH C. CONNOR, as Administratrix of GEORGE CONNOR, Deceased, Appellant, *v.* GENERAL FIRE EXTINGUISHER Company, Respondent, Impleaded with Others.

*Connor* v. *General Fire Extinguisher Co.,* 73 App. Div. 624, affirmed.
(Argued February 25, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 18, 1902, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Frederick L. Taylor* and *Raymond D. Thurber* for appellant.

*Frank Verner Johnson* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE OSWEGO CITY SAVINGS BANK, Respondent, *v.* THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT, No. 2, TOWNS OF MANHEIM AND OPPENHEIM, Appellant.

*Oswego City Savings Bank* v. *Board of Education,* 70 App. Div. 538, affirmed.
(Argued February 25, 1903; decided March 17, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 9, 1902, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*A. M. Mills* and *George W. Ward* for appellant.

*Elisha B. Powell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.